# WATSON, CARAWAY, MIDKIFF & LUNINGHAM, LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AND COUNSELORS AT LAW

WINSTON L. BORUM
wborum@watsoncaraway.com

BOARD CERTIFIED PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

817-870-1717
FAX 817-338-4842

THE FORT WORTH CLUB BUILDING
306 WEST 7TH STREET, SUITE 200
FORT WORTH, TEXAS 76102

June 5, 2024

***Via E-File***
Hon. David L. Horan
United States Magistrate Judge
Northern District of Texas, Dallas Division
1100 Commerce Street
Dallas, TX 75242

Re: Civil Action 3:23-cv-381-D
Sophia Lewis, Individually and as Representative
of the Estate of Shamond Lewis, Deceased

To the Honorable United States Magistrate Judge Horan:

I have just received via EFC, and have reviewed, your Order Setting Briefing Schedule (Dkt 64) dated today. In it, you instruct Plaintiff to file a brief no later than Thursday June 13, 2024 to "explain why this case differs from *Horace*, cited in the advisory to the Court."

Your Order allows the Objecting Defendants (my clients) to file a brief in response "by June 18, 2023." The year is obviously a typo, and that you will be issuing an amended order correcting that.

The purpose of this letter is to request that the Court extend my briefing deadline under this order by two days to Thursday June 20, 2024. Two of my grandsons are playing in Little League Allstar tournaments the weekend of Friday June 14 through Sunday June 16 (and perhaps finals on Monday June 17, if they keep winning). I was very much hoping to be able to attend. I have no other reason to ask for this extension of time.

Thank you and best regards,

*/s/ Winston L. Borum*

Winston L.Borum
Attorney for Defendants Johnson, Nwazue, Davis, and Wilson

cc: Via E-File
All Counsel of Record