**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SOPHIA LEWIS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF SHAMOND LEWIS, DECEASED** | § | |
| **VS.** | § | **CIVIL ACTION NO. 3:23-CV-00381-D** |
| **DALLAS COUNTY; SERGEANT CHRISTOPHER LOBODA; OFFICER JAMES MCDANIEL; OFFICER JAVIER TAVERA-LUNA; OFFICER ROCHELLE ROEMEN; OFFICER ANNETTE GRANT; and OFFICER FUQUAN CHILDRESS** | § | |

---

**PLAINTIFF'S RESPONSE TO DEFENDANT GRANT'S MOTION FOR SUMMARY JUDGMENT ASSERTING QUALIFIED IMMUNITY**

---

TO THE HONORABLE COURT:

COMES NOW, SOPHIA LEWIS, Individually and As Representative of the Estate of Shamond Lewis, Deceased, and files her Plaintiff's Response to Defendant Grant's Motion for Summary Judgment Asserting Qualified Immunity.

Pursuant to Federal Rule of Civil Procedure 56 and the Local Rules of the Northern District of Texas, Plaintiff will set forth each of the required matters in Local Rule 56.4(a) in her Brief, which is filed contemporaneously with this Response.

For the reasons discussed in Plaintiff's Brief, Plaintiff respectfully requests that the Court deny Defendant Annette Grant's Motion for Summary Judgment Asserting Qualified Immunity (Docs. #70-72) so that this case may proceed to trial.

Respectfully submitted,

**CLARK | VON PLONSKI | ANDERSON**

By: *R. Connor Barbe*
**COLLEN A. CLARK**
State Bar No. 04309100
**JACOB L. von PLONSKI**
State Bar No. 24098554
**R. CONNOR BARBE**
State Bar No. 24108598
**LINDA LE**
State Bar No. 24126312
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
214-780-0500
214-780-0501 Facsimile
Eservice – eservice@cvpalaw.com

*In association with:*

**THE PIPKIN LAW FIRM**

**STEPHEN C. PIPKIN**
State Bar No. 00784766
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
Telephone: 214-780-0512
Facsimile: 866-789-6956
Email – steve@pipkinlawfirm.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

This will certify that the foregoing document has been served upon the following counsel of record by electronic service via the Court's CM/ECF system in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on the 19th day of July 2024.

JOHN CREUZOT CRIMINAL DISTRICT ATTORNEY DALLAS COUNTY, TEXAS
Joseph W. Spence, Assistant District Attorney
Jason G. Schuette, Assistant District Attorney
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas 75202

**ATTORNEYS FOR DEFENDANTS DALLAS COUNTY, CHRISTOPHER LOBODA, JAMES MCDANIEL, JAVIER TAVERA-LUNA, ROCHELLE ROEMEN, AND FUQUAN CHILDRESS**

Edwin P Voss , Jr.
Brown & Hofmeister
740 E Campbell Rd., Suite 800
Richardson, Texas 75081

**ATTORNEY FOR DEFENDANT ANNETTE GRANT**

Winston L Borum
Watson Caraway Midkiff & Luningham LLP
306 W 7th Street, Suite 200
Fort Worth, TX 76102

**ATTORNEY FOR DEFENDANTS ADARIA JOHNSON, LVN, KELECHI NWAZUE, RN, CARMEN DAVIS, RN, AND YEWANDE WILSON, NP**

*/s/ R. Connor Barbe*
**R. CONNOR BARBE**