IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOPHIA LEWIS, Individually and As Representative of the Estate of Shamond Lewis, Deceased, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:23-CV-0381-D |
| VS. | § § | |
| DALLAS COUNTY, et al., | § § | |
| Defendants. | § | |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff's action against defendant Annette Grant ("Grant") is dismissed with prejudice.

Grant's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

Done at Dallas, Texas October 23, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE